■ CHANAL PLASTICS CORPORATION et al., Plaintiffs-Respondents, v NORTH RIVER INSURANCE COMPANY, Appellant, et al., Defendant. — Judgment, Supreme Court, New York County (Ascione, J.), entered on April 21, 1981, unanimously affirmed. Respondents shall recover of appellant $75 costs and

disbursements of this appeal. The appeal from the order of said court entered on June 16, 1981 is dismissed as nonappealable, without costs and without disbursements. No opinion. Concur — Sandler, J. P., Silverman, Bloom, Lynch and Asch, JJ.